IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MACK WINCHESTER, #121 276, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:21-CV-239-WHA-SMD ) |
| LEIGH GWATHNEY, CHAIRPERSON, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER**

This case is before the court on the Recommendation of the United States Magistrate Judge entered on July 15, 2021. There being no timely objection filed to the Recommendation and upon independent review of the file, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 4) is ADOPTED.

2. Plaintiff's Complaint is DISMISSED without prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(ii).

Final Judgment will be entered separately.

Done, this 4th day of August 2021.

        /s/   W. Harold Albritton
        W. HAROLD ALBRITTON
        SENIOR UNITED STATES DISTRICT JUDGE